IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES O F AMERICA ) | |
| ) | |
| vs. ) | CR NO.   2:07CR-254-WKW |
| ) | |
| CHRISTOPHER FOSTER ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **October 31, 2007** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**CHRISTOPHER FOSTER**

before the United States District Court at Montgomery, Alabama in **Courtroom 5-A** on the **31**$^{rd}$ day of **October, 2007** at **10:30 o'clock a. m**.

**DONE** this 23rd day of October , 2007.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   U.S. Attorney
      U.S. Pretrial Services
      U.S. Probation
      Federal Defenders