## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO: 2:07-CR-254-WKW |
| ) | |
| CHRISTOPHER FOSTER ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Christopher Foster, by and through undersigned counsel and pursuant to 18 U.S.C. § 3161(h), and respectfully requests that this Court continue this matter from the February 4, 2008 trial term to the next term of this Court.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv).

In further support, Mr. Foster would show the following:

1. The government does not oppose this Motion.

2. Additional time is necessary to complete investigation of prior criminal history, which may include out of state convictions.

3. Additional time is needed to allow the Court to fully address issues raised by the pending motion to suppress.

4. Trial preparation cannot be completed on or before the presently scheduled trial date; as noted, investigation must cover matters in other states.

**WHEREFORE**, the Defendant prays that this Motion be granted and that the trial be continued from the February 4, 2008 trial term to the next appropriate Montgomery criminal trial term assigned to this Court.

>Respectfully submitted,
>
>**s/ Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Esq., Assistant United States Attorney.

>**s/ Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org