IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr254-WKW |
| | ) | |
| CHRISTOPHER FOSTER | ) | |

**ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 21), filed December 19, 2007, and for good cause, it is

ORDERED that a hearing to address the motion is scheduled for March 6, 2008 at 9:00 a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 2nd day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE