IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr254-WKW |
| | ) | |
| CHRISTOPHER FOSTER | ) | |

**ORDER**

For good cause, it is

ORDERED that the evidentiary hearing on the motion to suppress currently scheduled on March 6, 2008 at 9:00 a.m. before Magistrate Judge Susan Russ Walker be **rescheduled to March 6, 2008 at 9:00 a.m. before Magistrate Judge Wallace Capel, Jr.**, in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing. The Clerk of the Court is directed to provide a Court Reporter for the hearing.

DONE this 31st day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE