IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr254-WKW |
| | ) | |
| CHRISTOPHER FOSTER | ) | |

## ORDER ON MOTION

On 28 January 2008, the Montgomery Police Department filed a Motion to Quash Subpoena (Doc. #32). Upon consideration of the motion, and for good cause, it is

ORDERED that the Montgomery Police Department's Motion to Quash Subpoena (Doc. #32) is GRANTED in PART and DENIED in PART. The Montgomery Police Department is directed to fully comply with sections A, C & D of the subpoena, but are not required to comply with section B.

DONE this 1st day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE