IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr254-WKW |
| | ) | |
| CHRISTOPHER FOSTER | ) | |

**ORDER**

The parties have informed the Court over the telephone of scheduling conflicts for the suppression hearing set in this matter. In light of those conflicts, it is

ORDERED that the evidentiary hearing on the Motion to Suppress (Doc. #21) currently scheduled for March 6, 2008, before the undersigned Magistrate Judge is rescheduled to March 4, 2008, at 12:00 p.m. The hearing shall take place before the undersigned in Courtroom 5A, Frank M. Johnson, Jr., United States Courthouse Complex, One Church Street, Montgomery, Alabama. If Defendant is in custody, the United States Marshal shall produce Defendant for the hearing. The Clerk of Court is directed to provide a Court Reporter for the hearing.

DONE this 22nd day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE