```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr254-WKW |
| | ) | |
| **CHRISTOPHER FOSTER** | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 19th day of March, 2008.

```
                         LEURA G. CANARY
                         UNITED STATES ATTORNEY


                         /s/Tommie Brown Hardwick
                         TOMMIE BROWN HARDWICK
                         Assistant United States Attorney
                         Bar Number: ASB4152 W86T
                         131 Clayton Street
                         Montgomery, Alabama 36104
                         Phone: (334) 223-7280
                         Fax: (334) 223-7135
                         E-mail: tommie.hardwick@usdoj.gov
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney