IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-254-WC |
| | ) | |
| CHRISTOPHER FOSTER | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Christopher Foster, into the custody of Robert Green, ATF, and/or Jennifer Rudden, ATF, from April 21, 2008, through July 21, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Robert Green, ATF, and/or Jennifer Rudden, ATF, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 18th of April, 2008.

                         LEURA G. CANARY
                         UNITED STATES ATTORNEY

                         /s/ Matthew W. Shepherd
                         MATTHEW W. SHEPHERD
                         Assistant United States Attorney
                         131 Clayton Street
                         Montgomery, Alabama 36104
                         334.223.7280
                         334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-254-WC |
| | ) | |
| CHRISTOPHER FOSTER | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-254-WC |
| | ) | |
| CHRISTOPHER FOSTER | ) | |

## O R D E R

Upon consideration of the government's motion for release of prisoner filed on April 18, 2008, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Christopher Foster, to Robert Green, ATF, and/or Jennifer Rudden, ATF, on April 21, 2008, through July 21, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Robert Green, ATF, and/or Jennifer Rudden, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of April, 2008.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE