IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-254-WKW |
| | ) | |
| CHRISTOPHER FOSTER | ) | |

ORDER ON MOTION

Upon consideration of the government's motion for release of prisoner (Doc. #17) filed on April 18, 2008, and for good cause, it is ORDERED that the motion (Doc. #17) is GRANTED.

It is ORDERED that the United States Marshals Service release custody of Christopher Foster, to Robert Green, ATF, and/or Jennifer Rudden, ATF, on April 21, 2008, through July 21, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Robert Green, ATF, and/or Jennifer Rudden, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 22nd day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE