IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-254-WKW |
| | ) | |
| CHRISTOPHER FOSTER | ) | |
| | ) | |

**<u>ORDER</u>**

This case is before the court on the Magistrate Judge's Recommendation (Doc. # 42), in which it is recommended that the defendant's motion to suppress be denied.  No objections have been filed.  After an independent review of the motion and the Recommendation, it is ORDERED that:

1.      The Recommendation (Doc. # 42) is ADOPTED; and

2.      The defendant's Motion to Suppress (Doc. # 21) is DENIED.

DONE this 28th day of April, 2008.

        /s/   W.  Keith Watkins        
UNITED STATES DISTRICT JUDGE