UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. **2:07-CR-254-WKW** |
| | ) |
| **CHRISTOPHER FOSTER** | ) |

### MOTION TO WITHDRAW

COMES NOW the undersigned, Allison H. Highley, Assistant City Attorney for the City of Montgomery, and respectfully moves this Court to permit her to withdraw from this case and says:

1. The undersigned entered an appearance in this case with regard to an objection to a Supoena Duces Tecum, which has been resolved by this Court. The City of Montgomery was terminated as an interested party on February 1, 2008.

2. Further, the undersigned is relocating out of Alabama and must leave her employ with the City of Montgomery.

WHEREFORE, premises considered, the undersigned respectfully moves this Court to permit her to withdraw from this case.

Respectfully submitted this the 12th day of May 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Withdrawing Attorney

OF COUNSEL
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

**MOTION GRANTED**
THIS 13th DAY OF May, 2008
UNITED STATES MAGISTRATE JUDGE