IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-254-WKW |
| ) | |
| CHRISTOPHER FOSTER ) | |

ORDER ON MOTION

Upon consideration of the Government's Motion for Release of Prisoner (Doc. #52), filed on July 25, 2008, and for good cause, it is

ORDERED that the Motion (Doc. #52) is GRANTED.  It is further

ORDERED that the United States Marshals Service release custody of Christopher Foster, to Robert Green, ATF, and/or Jennifer Rudden, ATF, on July 28, 2008, through October 28, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is further

ORDERED that Robert Green, ATF, and/or Jennifer Rudden, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 25th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE