IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr254-WKW |
| | ) | |
| CHRISTOPHER FOSTER | ) | |

**O R D E R**

Now pending before the court is defendant Foster's motion to allow Christine Freeman of the Federal Defender's office to withdraw as counsel of record and to appoint CJA panel attorney Tiffany McCord to represent him and motion to seal the motion to withdraw (doc. # 55). Upon consideration of the motions, and for good cause, it is

ORDERED that the motion to withdraw and motion to seal (doc. # 55) be and are hereby GRANTED. Attorney Tiffany McCord be and is hereby APPOINTED to represent defendant Foster. Attorney McCord shall file a notice of appearance with the court.

The Clerk of the Court is DIRECTED to file the pertinent documents under seal.

Done this 7th day of August, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE